FILED

# United States District Court
### Eastern District of North Carolina
### Western Division

MAR 2 5 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case No. _____

Quamaine Lee Massey
_____

Inmate Number 1505580

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

*(Pro Se Prisoner)*

-against-

Clerk Scott S Harris
'etal' Lisa Nesbitt.
_____

Jury Demand?
☒ Yes
☐ No

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Quamaine Massecp
Name

1505530
Prisoner ID #

Adult Correction Institution NCDPS
Place of Detention

Maury Corr. Inst. P.O. Box 500
Institutional Address

Maury       NC       28554
City        State    Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee  [ ] State  [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Scott S Harris**
Name

**Clerk**
Current Job Title

**Supreme Court of the United States**
Current Work Address

**Washington**     **DC**     **20543-0001**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: **Lisa Nesbitt**
Name

**N/A**
Current Job Title

**Supreme Court of the United States**
Current Work Address

**Washington**     **DC**     **20543-0001**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both


Defendant 4: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: United States Supreme Court

Date(s) of occurrence: August 1st 2021 through Aug 31 2021

State which of your federal constitutional or federal statutory rights have been violated:

G.S. 15A-1415 Broken plea Bargain

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

Back in August 1st 2021 through August 31st 2021 i filed my petition with the DC Supreme court whom Scott Harris-clerk along with Lisa Nesbitt literally ignored my petition by i believe racism also would not fix a simple rule in my petition which could've easely been fix by the court, and both Scott Harris and Lisa Nesbitt returned my petition back to me in harsh condition. My petition are based on that i am sentenced to NC State Correctional Institution under a seven year Broken plea bargain and i suppose to already gotten released on parole. On 5/12/2014 i were convicted of 2nd Degree Murder with 827 days / 2 years of jail credit attached to my seven year Broken plea Bargain, Which from 2014 til 2022 are 9 years i've served over my 7 year Broken plea Bargain. Right Now my case# 210P20-2 is active in the NC Supreme court supporting more of the facts of my Broken plea Bargain and which i am suein as well. I seek immediatly release on parole, I still have document proof of these allegations.

| | |
|---|---|
| What happened to you? | Clerk Scott Harris along with Lisa Nesbitt by racism i believe have ignored my petition and facts i've produced that i am sentenced under a Broken plea Bargain and suppose to already gotten released on parole. Both Scott Harris and Lisa Nesbitt returned my petition back to me in harsh condition. |
| When did it happen to you? | June of 2021 and August 1st 2021 through August 31 2021 |
| Where did it happen to you? | Supreme Court of the United States and Maury Correction Institution |

| What was your injury? | My Future is having an major effect and i am being held unwillingfuly which is Violating My G.S.15A-1415 Rights due to this Broken plea Bargain. |
|---|---|

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
    If no, explain why not:

Is the grievance process completed?   ☒ Yes   ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Immediately release from NC correctional institution and monetary damages

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes   ☐ No

If yes, how many? ___3___

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

5:22-CT-3096-BO = pending

5:20-CT-3184-BO = pending

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

March 21 2022
Dated

Plaintiff's Signature: Quamaine Massey

Printed Name: Quamaine Lee Massey

Prison Identification #: 1505530

Prison Address: Maury Corr. East, P.O Box 506
City: Maury
State: NC
Zip Code: 28554